**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Justin Miguel Fermin aka Justin M. Fermin, aka Justin Fermin | CHAPTER 13 |
| Debtor(s) | BKY. NO. 26-10127 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

    Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
22 Jan 2026, 15:27:17, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: fa1b2980f118957fe436784c0c3224f51723298790ffaefe0d6936c6ed894072