## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Justin Miguel Fermin  aka Justin M.   CHAPTER 13
Fermin, aka Justin Fermin

       Debtor(s)     BKY. NO. 26-10127 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of M&T Bank and index same on the master
mailing list.

        Respectfully submitted,

     /s/ *Matthew Fissel*

     Matthew Fissel
     22 Jan 2026, 15:27:17, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322