Certificate Number: 12433-PAE-DE-040561948

Bankruptcy Case Number: 26-10127



12433-PAE-DE-040561948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2026, at 3:15 o'clock PM EST, Justin Fermin completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    January 29, 2026            By:    /s/Lisa Susoev

                                     Name:  Lisa Susoev

                                     Title: Teacher