*Form 237* (3/23)–doc 16

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Justin Miguel Fermin                            )        Case No. 26–10127–pmm
   aka Justin M. Fermin                             )
   aka Justin Fermin                                )
                     )        Chapter: 13
   Debtor(s).                                        )
                     )

## NOTICE

To Sunnova SLA Management LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #15 in the amount of $$10,000 has been filed in your name by the Debtor on 4/1/26.

Date: April 2, 2026                                   For The Court

                                                  Mohung Wong
                                                  Clerk of Court