United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10127-pmm

Justin Miguel Fermin                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                             User: admin                                   Page 1 of 2

Date Rcvd: Apr 02, 2026                      Form ID: 237                              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.

^                       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  Justin Miguel Fermin, 336 Sumner Avenue, Whitehall, PA 18052-7220

TOTAL: 1


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15123276 | ^  MEBN | Apr 03 2026 00:19:51 | Sunnova SLA Management LLC, 20 Greenway Plaza, Ste. 475, Houston, TX 77046-2015 |

TOTAL: 1


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Apr 04, 2026                         Signature:              /s/Gustava Winters


---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

**Name                              Email Address**

MATTHEW K. FISSEL
                        on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4                                   User: admin                                          Page 2 of 2

Date Rcvd: Apr 02, 2026                               Form ID: 237                                         Total Noticed: 2

VINCENT RUBINO

on behalf of Debtor Justin Miguel Fermin vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 4

*Form 237* (3/23)–doc 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Justin Miguel Fermin )        Case No. 26–10127–pmm
   aka Justin M. Fermin )
   aka Justin Fermin )
                        )        Chapter: 13
   Debtor(s). )
                        )

## NOTICE

To Sunnova SLA Management LLC;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that proof of claim #15 in the amount of $$10,000 has been filed in your name by the Debtor on 4/1/26.

Date: April 2, 2026                      For The Court

                                        Mohung Wong
                                        Clerk of Court