*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   Justin Miguel Fermin                     )      Case No. 26–10127–pmm
   aka Justin M. Fermin                     )
   aka Justin Fermin                        )
                                                       )      Chapter: 13
   Debtor(s).                               )
                                                       )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 21, 2026                                    For The Court

                                                              Patricia M. Mayer
                                                              Judge, United States Bankruptcy Court