UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE:      (Debtors' names)                                    CHAPTER 13

Justin Miguel Fermin                                           CASE NO: 26-10127

# NOTICE OF CHANGE OF ADDRESS FOR **CREDITOR**

| **Business Name or Full Name of Creditor** (please print legibly or type):  TD Bank USA, N.A. | |
|---|---|
| **Old Payment Address** (or address to be replaced):  Td Bank USA / Target Credit  P.O. Box 673  Minneapolis, MN 55440-0673 | **New Payment Address** (street, rural route or P.O. Box, City, State, and Zip):  c/o Weinstein & Riley, P.S.  P.O. Box 93024  Las Vegas, NV 89193-3024 |
| **Old Notice Address** (or address to be replaced):  Td Bank USA / Target Credit  P.O. Box 673  Minneapolis, MN 55440-0673 | **New Notice Address** (street, rural route or P.O. Box, City, State, and Zip):  c/o Weinstein & Riley, P.S.  749 Gateway  Suite G-601  Abilene, TX 79602 |
| Date: 05/20/2026 | /s/ Jordan Morrison  **Signature of person submitting change of address**  Name: Jordan Morrison  Address: c/o Weinstein & Riley, P.S.  749 Gateway, Suite G-601  Abilene, TX 79602  Phone #: (877) 332-3543 |

**THIS CHANGE APPLIES TO (CHECK ONE): X_____  THIS CASE ONLY;
AT PRIOR ADDRESS.**

48271553