United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10127-pmm

Justin Miguel Fermin                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                                    Page 1 of 3

Date Rcvd: May 21, 2026                Form ID: 155                              Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin Miguel Fermin, 336 Sumner Avenue, Whitehall, PA 18052-7220 |
| 15092269 | + | Klarna BNPL, 629 N. High Street, Suite 300, Columbus, OH 43215-2929 |
| 15092271 | + | Launch Servicing, 402 W. Broadway, 20th Floor, San Diego, CA 92101-3542 |
| 15098378 | + | M&T Bank, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15092275 | | SunStrong Management, PO Box 91910, Sioux Falls, SD 57109-1910 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15092260 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 22 2026 02:22:00 | Apple Card - GS Bank USA, Goldman Sachs Bank, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-6112 |
| 15092261 | + | Email/Text: bk@avant.com | May 22 2026 02:22:00 | Avant LLC/Web Bank, 222 W Merchandise Mart Plz 900, Chicago, IL 60654-1105 |
| 15092264 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:05 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15092262 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:31 | Cap1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15092263 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2026 02:26:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15103199 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2026 02:26:49 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15092265 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:18 | CitiCards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15111344 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2026 02:37:18 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15092266 | | Email/PDF: creditonebknotifications@resurgent.com | May 22 2026 02:26:48 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15092267 | | Email/Text: mrdiscen@discover.com | May 22 2026 02:22:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15111018 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 02:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15110543 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 02:22:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 15092268 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2026 02:26:30 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 15101795 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 22 2026 02:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0313-4                                    User: admin                                    Page 2 of 3
Date Rcvd: May 21, 2026                                Form ID: 155                                    Total Noticed: 32

| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
|---|---|---|---|---|
| 15092270 | | Email/Text: customerservice.us@klarna.com | May 22 2026 02:22:00 | Klarna INC, 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 15092269 | ^ MEBN | | May 22 2026 02:18:28 | Klarna BNPL, 629 N. High Street, Suite 300, Columbus, OH 43215-2929 |
| 15092272 | | Email/Text: customerservice@launchservicing.com | May 22 2026 02:22:28 | Launch Servicing, 5109 S. Broadband Lane, Suite #400, Sioux Falls, SD 57108 |
| 15116706 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2026 02:26:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15092273 | | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M&T Bank, Lending Services, Customer Support, PO Box 1288, Buffalo, NY 14240-1288 |
| 15117068 | | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15092274 | | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15095837 | ^ MEBN | | May 22 2026 02:17:43 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15115600 | + | Email/Text: camanagement@mtb.com | May 22 2026 02:22:00 | M&T bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15092276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2026 02:26:29 | SYNCB/Lowes, PO Box 71746, Philadelphia, PA 19176-1746 |
| 15123276 | ^ MEBN | | May 22 2026 02:18:26 | Sunnova SLA Management LLC, 20 Greenway Plaza, Ste. 475, Houston, TX 77046-2015 |
| 15092277 | | Email/Text: bncmail@w-legal.com | May 22 2026 02:22:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 15092278 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 22 2026 02:26:34 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 15110519 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 22 2026 02:26:55 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-4

User: admin

Page 3 of 3

Date Rcvd: May 21, 2026

Form ID: 155

Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Justin Miguel Fermin rkidwell@newmanwilliams.com bzalesky@newmanwilliams.com;mdaniels@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Justin Miguel Fermin vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Justin Miguel Fermin | ) | Case No. 26–10127–pmm |
| aka Justin M. Fermin | ) | |
| aka Justin Fermin | ) | |
| | ) | Chapter: 13 |
| Debtor(s). | ) | |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 21, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court