Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Justin Miguel Fermin
336 Sumner Avenue
Whitehall, PA 18052

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 26-10127-PMM**

Petition Filed Date: 01/13/2026
341 Hearing Date: 02/10/2026
Confirmation Date: 05/21/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2026 | $600.00 | | 03/17/2026 | $600.00 | | 04/17/2026 | $600.00 | |
| 05/18/2026 | $600.00 | | 06/17/2026 | $600.00 | | 07/17/2026 | $600.00 | |

**Total Receipts for the Period: $3,600.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $5,335.00 | $3,876.60 | $1,458.40 |
| 1 | JP MORGAN CHASE BANK NA<br>»» 001 | Unsecured Creditors | $8,657.53 | $0.00 | $8,657.53 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,217.36 | $0.00 | $3,217.36 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $689.33 | $0.00 | $689.33 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,543.35 | $0.00 | $2,543.35 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Unsecured Creditors | $1,580.36 | $0.00 | $1,580.36 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $1,153.02 | $0.00 | $1,153.02 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $550.24 | $0.00 | $550.24 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $2,443.41 | $0.00 | $2,443.41 |
| 9 | M&T BANK<br>»» 009 | Unsecured Creditors | $1,147.26 | $0.00 | $1,147.26 |
| 10 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 010 | Unsecured Creditors | $929.16 | $0.00 | $929.16 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $2,470.79 | $0.00 | $2,470.79 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,703.50 | $0.00 | $1,703.50 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $3,418.85 | $0.00 | $3,418.85 |

**Chapter 13 Case No. 26-10127-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | M&T BANK<br>»» 014 | Mortgage Arrears | $548.80 | $0.00 | $548.80 |
| 15 | SUNNOVA ENERGY CORPORATION<br>»» 015 | Secured Creditors | $12,700.00 | $0.00 | $12,700.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,200.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $3,876.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $323.40 | Total Plan Base: | $22,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.